# APPENDIX.

# MISCELLANEOUS MATTERS.

INHABITANTS OF MADISON, *petitioners for certiorari, versus*
COUNTY COMMISSIONERS.

THE R. S. c. 25, § 3, required the location, (by county com-
missioners,) of a public highway to be recorded at the next term of
their Court. This is a petition for leave to issue a writ of *certiorari*
for the purpose of quashing the proceedings in relation to a highway,
for the alleged reason, that they had not been seasonably recorded.
Pending the petition, the Legislature by an Act of 1852, c. 221, pro-
vided that " no record of any highway should be quashed for the
reason that the return of the county commissioners shall not have
been recorded before the close of the proceedings.

SHEPLEY, C. J. — The petition can be no further prosecuted.
*Leave to discontinue without cost.*

---

SMITH *versus* CHASE & al.

ONE of several defendants, in a suit upon an alleged joint promise,
was defaulted ; *Held*, that the default did not render him a compe-
tent witness for the other defendants, who pleaded to the suit, and
went to trial.